# UNITED STATES DISTRICT COURT

for the
Southern District of Illinois

RANDALL DAVID DUE #941694800028 )
See EXHIBIT "A" )
_____ )
_____ )
*Plaintiff(s)/Petitioner(s)* )
v. )
DOCTOR FAISAL VAKIL AHMED )
In his official & Individual capacity )
_____ )
_____ )
*Defendant(s)/Respondent(s)* )

Case Number: 22-640-SPM

(Clerk's Office will provide)

[X] Jury Trial
[X] 28 USC § 1332 **Diversity Claim**
[X] CIVIL RIGHTS COMPLAINT
- pursuant to 28 U.S.C. §1331 (Federal Prisoner)
[X] Compensation and 9 times Punitive
     Damages Claim
[X] Bivens Claim

## I.    JURISDICTION

Plaintiff:

**DUE, RANDALL DAVID  #941694800028**

A.    Plaintiff's mailing address, register number, and present place of confinement.    c/o **Temporary location:**

**FCI-GREENVILLE, IL**
**P.O. Box 5000**
**GREENVILLE. ILL 62246**

Defendant #1:

B.    Defendant **FAISAL VAKIL AHMED** _____ is employed as

                    (a)       (Name of First Defendant)

**Clinical Director of Greenville BOP** _____
                    (b)       (Position/Title)

with    **40th & 4th Street, Greenville, IL 62246** _____
                    (c)       (Employer's Name and Address)

_____

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?    [X] Yes    ☐ No

If your answer is YES, briefly explain: **Employed as Clinical Director of Greenville, IL BOP for the federal government for the DOJ/BOP.**

Rev. 10/3/19

**Defendant #2:**                    NA

C.    Defendant _____is employed as

(Name of Second Defendant)

_____

(Position/Title)

with _____

(Employer's Name and Address)

_____

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?    ☐ Yes    ☐ No

If you answer is YES, briefly explain:

**Additional Defendant(s) (if any):**            NA

D.    Using the outline set forth above, identify any additional Defendant(s).

Rev. 10/3/19

II.   **PREVIOUS LAWSUITS**

A.   Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?  ☒Yes ☐No

B.   If your answer to "A" is YES, describe each lawsuit in the space below.  If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.  **List ALL lawsuits in any jurisdiction and indicate the court where they were filed to the best of your ability**, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)).  FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1.   Parties to previous lawsuits:
Plaintiff(s):   **DUE**

Defendant(s):   **BOP et al Ahmed**

2.   Court (if federal court, name of the district; if state court, name of the county):   **UNITED STATES DISTRICT COURT for the Southern District of Illinois**

3.   Docket number:   **3:19-cv-01168-JPG**

4.   Name of Judge to whom case was assigned:   **JPG**

5.   Type of case (for example: Was it a habeas corpus or civil rights action?):   **Civil Rights**

6.   Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):   **Dismissed so that I could file a reconsideration with North Central Regional office so that I could get them to provide me with a denial of the tort claim that they failed to do so when I filed the 1st tort claim for this case.**

Rev. 10/3/19

7.    Approximate date of filing lawsuit:  Oct 2019

8.    Approximate date of disposition:        NA

9.    Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"   NO

Notice: <u>To the best of my knowledge and belief I do not have any suits that have been filed that have been dismissed as frivolous, malicious. or for failure to state a claim upon which relief may be granted or that received a "strike".</u>

## III.    GRIEVANCE PROCEDURE

A.    Is there a prisoner grievance procedure in the institution? ☒ Yes    ☐ No

B.    Did you present the facts relating to your complaint in the prisoner grievance procedure?                                               ☒ Yes    ☐ No

C.    If your answer is YES,
1.    What steps did you take?
        Tort Claim   #TRT-NCR-2021-04384

2.    What was the result?
        Denied  September 30, 2021

D.    If your answer is NO, explain why not.

        NA

E.    If there is no prisoner grievance procedure in the institution, did you complain to prison authorities?                          ☐ Yes    ☐ No

        NA

F.    If your answer is YES,
1.    What steps did you take?

        NA

Rev. 10/3/19

2.    What was the result?

NA


G.    If your answer is NO, explain why not.

NA

H.    Attach copies of your request for an administrative remedy and any response you received.  If you cannot do so, explain why not:

NA

Rev. 10/3/19

## IV.    STATEMENT OF CLAIM

A.    State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

AHMED has denied me of my 8th Amendment rights under the color of law; and has denied me his "Duty of Care" under 18 USC § 4042-; and has denied me his Fiduciary Duties/Obligations as a 'trustee' of the public trust toward me as one of the 'beneficiarys' of said public trust.

See annexed AFFIDAVIT COMPLAINT for supporting details.

Rev. 10/3/19

V.   **REQUEST FOR RELIEF**

State exactly what you want this court to do for you.  If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255.  Copies of these forms are available from the clerk's office.

[X] Compensation award in the amount of $250,000.00

[X] Punitive Damages award in the amount of 9 times the compensation award.

[X] All monies to be paid to the Court Trustee. [paid by defendants], within thirty days of judgment. to be distributed as directed by Petitioner/Plaintiff.

[X] All fees, taxes, or any other costs associated with this suit and receipt of the above damages award to be paid by the Defendant(s).

[X[ Parties are severally and jointly commercially liable for all damages.

VI.   **JURY DEMAND** (*check one box below*)

The plaintiff ☒ does ☐ does not request a trial by jury.


**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.


Signed on: 16TH Mar 2022 _____ (date)

c/o Temporary location
P.O. Box 5000
_____
Street Address

GREENVILLE, IL 62246
_____
City, State, Zip

(seal)By: _____
Signature of Plaintiff

Authorized Representative/Agent
Due, Randall David
_____
Printed Name

#96294020
_____
Prisoner Register Number
All Rights Reserved/Without Recourse


_____
Signature of Attorney (if any)

Rev. 10/3/19

EXHIBIT "A"

# Office of the Minnesota Secretary of State
### Certificate of Assumed Name
*Minnesota Statutes, Chapter 333*



The filing of an assumed name does not provide a user with exclusive rights to that name. The filing is required for consumer protection in order to enable customers to be able to identify the true owner of a business.

**ASSUMED NAME:**          RANDALL DAVID DUE

**PRINCIPAL PLACE OF BUSINESS:** 179 green Street East  Pelham GA 31779 USA

**NAMEHOLDER(S):**

Name:                                      Address:

Randall David Due                  179 Green Street East  Pelham GA 31779 USA

If you submit an attachment, it will be incorporated into this document. If the attachment conflicts with the information specifically set forth in this document, this document supersedes the data referenced in the attachment.

*By typing my name, I, the undersigned, certify that I am signing this document as the person whose signature is required, or as agent of the person(s) whose signature would be required who has authorized me to sign this document on his/her behalf, or in both capacities. I further certify that I have completed all required fields, and that the information in this document is true and correct and in compliance with the applicable chapter of Minnesota Statutes. I understand that by signing this document I am subject to the penalties of perjury as set forth in Section 609.48 as if I had signed this document under oath.*

**SIGNED BY:** Due, Randall David

**MAILING ADDRESS:**          None Provided

**EMAIL FOR OFFICIAL NOTICES:**    duze24@bellsouth.net

-OVER-



**Work Item 941694800028**
**Original File Number 941694800028**

STATE OF MINNESOTA
OFFICE OF THE SECRETARY OF STATE
FILED
03/21/2017 11:59 PM

Steve Simon
Secretary of State

Illinois State    )
                  )ss
Bond County       )

AFFIDAVIT COMPLAINT

CERTIFICATION

Due, Randall David certifies under his own commercial liability that the following is true, correct, materially complete and not misleading to the best of his knowledge and belief.

<u>Parties</u>: UNITED STATES et al,FAISAL VAKIL AHMED - Clinical Director for Greenville, IL BOP facility.

<u>Where</u>:  FCI-Greenville, IL BOP

<u>When</u>: Upon being transfered to FCI-Greenville, IL BOP in the middle of April 2019.

<u>Events</u>: "Deliberate Indifference" to serious medical needs.

<u>Surety</u>: Fidelity and Surety bonds, Public Official Liability Insurance or equivalent; and the assets of the corporate employer; and his own persoan assets.

MATERIAL FACTS

1.  Upon entry into FCI-Greenville, IL BOP facility; and subsequent meeting with Medical staff, I was first interviewed by Ms. Ulmer. When I requested her to renew my prescription for Milk of Magnesia, she stated that she would, but that she believed thatFAISAL VAKIL AHMED would more than likely refuse the prescription renewal that had been earlier prescribed by a licensed Doctor.

2. Upon seeing Ahmed he immediately stated that he was not going to renew my prescription for Milk of Magnesia needed for my Chronic digestive issues, which had been prescribed for me; and that I had been provided for by every other BOP facility that I had been incarcerated in.

3. I wrote to: THE JOINT COMMISSION AT ONE RENAISSANCE BOULEVARD OAKBROOK, IL 60181 requesting as to whetherFAISAL VAKIL AHMED was licensed to practice medicine in the State of Illinois by the Illinois Department of Health. They replied that he was not accredited as such.  <u>See EXHIBIT "D" 4 pages</u>

4.FAISAL VAKIL AHMED continued to ignore and deprive me of said chronic medical care (Milk of magnesia) that was prescribed by a licensed doctor for the BOP to give to me at the expense of the BOP.

5. AHMED's "<u>DELIBERATE INDIFFERENCE</u>" in refusing to renew  Due's prescription for Milk of Magnesia, as all other BOP facilities have done so are well documented in the following <u>EXHIBITS "Z-1, 2, 3, 4, 5, 6, 7, 8, & 9"</u>

6. AHMED stated that if I wished to take Milk of Magnesia that I would have to buy it off the commissary. Said Act(s) by AHMED are  called 'extortion' under the color of official right ------------------- pursuant to 18 USC § 872 & 1951.

1 of 4

7. 28 USC § 1962. judgment rendered by the court is a 'lien' on petitioner's personal property.

8. Pursuant to "equity law' the 'body' of the living man is his own personal property.

9. Black's Law 6th Ed. - Distress: Seizure, the act of distressing or making a distress; and

10. Distrant: Seizure, the act of distressing or making a distress.

11. The "EXECUTION" OF THE COURT"S JUDGMENT, SEIZING THE "BODY" of the living man and placing him in the custody of the U.S. Marshal Service to be palced into a BOP facility, is an Act of "DISTRESS/DISTRANT."

12. United States is responsible for alleged negligence of employees of health service contractor ⌊employees⌋ which provided health care at federal correctional institution, because duty to provide reasonable care is supplied by independent contractor. Henderson v. Harris, (1987, ND Ill) 67 F Supp 1054

13. Staff of the BOP (this includes Medical staff) has a "Duty of care" to provide Health care to ALL persons held in their custody at the BOP's own expense. -18 USC § 4042- Duty of Care.

14. Pursuant to the U.S. Constitution Amendment VIII, prison officials have a duty to provide humane conditions of confinement; to ensure that the inmates receive adequate food, clothing, shelter and medical care, and to take reasonable measures to guarantee the safety of the inmates.

15. Petitioner has found over the years that staff of the BOP has denied him Hernia repair that the only thing that helps reduce the extreme everyday pain and suffering is to be able to take adequate Milk of Magnesia daily.

16. Petitioner's daily needs for Milk of Magnesia help to regulate/prevent his Chronic Digestive issues of constipation and 'gas.' It is the Constipation and especially the 'gas' that are directly responsible for additional pain and suffering in his hernia as they tend to cause daily temporary stranglation that he has to constantly attempt to correct.

17. The issue at hand is AHMED's "DELIBERATE INDIFFERENCE" to his "Duty of Care" for petitioner's Safety, Health and Welfare at the expense of the BOP.

18. AHMED is a 'trustee' of the public trust owing Fiduciary Duties/Obligations to the beneficiaries; and petitioner is one of the 'beneficiaries'. See EXHIBIT "B"

19. AHMED's "DELIBERATE INDIFFERENCE" to petitioner's chronic medical needs is a violation of his Fiduciary Duties/Obligations as a 'trustee' of the public trust.

### TORT CLAIM DENIED

20. Petitioner's tort claim # TRT-NCR-2021-04384 was denied on September 30, 2021. See EXHIBIT "G"; and said tort claim has exhausted ⌐ALL of his Adminiatrative Remedies that are required to proceed with this lawsuit.

2 of 4

21. There exists a much bigger issue of AHMED's breach of "Duty of Care" to provide petitioner with his prescription of milk of Magnesia to help prevent his Chronic Digestive issues of constipation and 'gas'.

22. That issue is of Medical Staff's and Regional's refusal to provide petitioner with a hernia operation/repair that daily causes petitioner pain and suffering.

23. On June 3, 2015 while 'Due' was held in custody at Texarkana, TX BOP facility 'Due' was seen by a general surgeon who noted a giant left inguinal hernia that does not reduce of itself and recommended surgery. See EXHIBITS "H" - 1 & 2 & 3

24. Petitioner requested hernia repair in 2015 while at Texarkana, TX and again in 2016 while at Beaumont, TX. Both BOP facilities as well as South Central Regional Office in Grand Prairie, TX denied petitioner his 'right' of "Duty of care" to have his hernia repaired. These Act(s) are "DELIBERATE INDIFFERENCE" being committed by staff of BOP against petitioner.

25. Upon entry into FCI-Gilmer, WV BOP facility and then FCI-Greenville, IL BOP facility 'neither' offered to repair petitioner's hernia even though Medical Records in their care provided prima facie evidence that the general surgeon had recommended it needed to be done.

26. In 2021 petitioner again filed a tort claim for reconsideration for relief; and was denied on September 30, 2021 - Claim Number TRT-NCR-2021-04384 See EXHIBIT "G" upon which this suit is based.

27. It is a material fact that a general surgeon who does hernia repairs has better knowledge as to the need to provide the hernia repair to prevent the possible further injury of strangulation, gangreen and/or death than a general doctor such as AHMED or Regional Officers of the BOP who are denying petitioner said hernia operation.

28. Regional Officers who are denying petitioner his hernia repair , who are not doctors, are practicing  Medicine without a license.

29. Either AHMED is ignorant of the constant dangers of strangulation, gangreen and/or possible death -or- as the prima facie evidence presented by the witnesses attest to his "DELIBERATE INDIFFERENCE" to inmate's Medical prescription needs that he has been denied that petitioner has to take in order to reduce the pain and suffering.  See EXHIBIT "W"

30. In 2021 petitioner again requested to have a hernia operation from Medical Staff at FCI-Greenville, IL BOP facility; and they have again denied my request. See EXHIBIT "E"

31. At every other BOP facility that the petitioner has been the BOP Medical Services has provided other inmates with less serious hernias with hernia repair while denying/depriving petitioner. How is this not "DELIBERATE INDIFFERENCE" to the petitioner's Safety, Health and Welfare???

32. This Affidavit Complaint provides "DISCOVERY" as to the facts of "DELIBERATE INDIFFERENCE"  that AHMED has engaged in against petitioner's Chronic Health Care needs.

## CONCLUSION

33. Said party(s) have conspired to violate and to deprive petitioner of his 8th Amendment Rights to the constitution under the color of official right and/or under the color of law; as well as his rights to be provided for his Safety, Health and Welfare by staff of the BOP at the expense of the BOP as a 'ward' of their facility under their "Duty of care" - 18 USC § 4042-; thereby causing the staff, who are 'trustees" of the public trust - See EXHIBIT "B" -, having Fiduciary Duties/Obligations to the petitioner as one of the 'beneficiarys' of the public trust to be in violation of trust law; and

34. They are in violation of their required oath to support the U.S. Constitution pursuant to 5 USC § 3331; thereby said party(s) are engaged in 'treason', rebellion or insurrection against the constitution as well as engaged in violation of -18 USC §§ 241 & 242-

Maxim of Law: An unrebutted Affidavit stands as truth in commerce.

Failure to rebut, with an sworn Affidavit or Declaration, if you believe you have any evidence to the contrary, shall be construed to be Deliberately Evaisonary of Due Process of Law, FRAUD on your part.

"Silence can only be equated with FRAUD where there is a legal and moral "Duty" to speak where an inquiry left unanswered would be misleading." United States v. Tweel, 550 F 2d 297-300 (1977).

## DISCLAIMER

## NOTICE TO RESPOND/SHOW CAUSE

Notice is given to any and all who may have evidence of rebuttal, to rebut this Affidavit of evidence by your own Affidavit or Declaration, sworn under penalty of perjury to be true, correct, materially complete and not misleading, within thirty (30) days of requested Reciprocal Discovery or to be collateraly estopped from later attempting to rebut.

It is prima facie evidence that everyone stipulates to this Affidavit and 'accepts' it in its entirety if they do not rebut it.

NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

Date: 16TH Mar 2022
Affirmed

Right Thumb Print

Respectfully

(seal)By: Due, Randall David
Due, Randall David
Authorized Representative/Agent
All Rights Reserved/Without Recourse

EXHIBIT "B"

# 63C AMJUR.2D, PUBLIC OFFICERS AND EMPLOYEES

*63C AmJur.2d, Public Officers and Employees, §247* "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised on behalf of the government or of all citizens who may need the intervention of the officer.

[1] Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.

[2] That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves.

[3] and owes a fiduciary duty to the public.

[4] It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

[5] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U.S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987)

Illinois State    )
                  )ss                          EXHIBIT "D"
Bond County       )

Affidavit Complaint

-CERTIFICATION-

Petitioners certify under the penalty of perjury that the following is true, correct, materially complete and not misleading to the best of their knowledge and belief.

MATERIAL FACTS

1. When staff was given NOTICE that evidence pointed out that Faisal Ahmed -nor- FCI-Greenville BOP facility was accredited/licensed to practice medicine, their reply was how did you find out.

2. The following government agencies were contacted:

The Joint Commission
One Renaissance Boulevard
Oakbrook Terrace, IL 60181              Phone: (630) 792-5000

Illinois Department of Public Health
535 W, Jefferson St.
Springfield, IL 62761

ILLINOIS DEPARTMENT OF FINANCIAL & PROFESSIONAL REGULATION
100 WEST RANDOLPH, 9th FLOOR
CHICAGO, ILL 60607                      Phone: (312) 814-3541

3. These agencies stated that they had no records that showed that either Fasial Ahmed -nor- FCI-Greenville, IL BOP facility were accredited/licensed to practice Medicine.

See Exhibit A: The Joint Commission

Date: 8th Oct 2019                      Respectfully

Witness/Petitioners:    (seal)By: _____
                                 Authorized Representative/Agent
                                 All Rights Reserved/Without Recourse

                        (seal)By: _____
                                 Authorized Representative/Agent
                                 All Rights reserved/Without Recourse

                        (seal)By: _____
                                 Authorized Representative/Agent
                                 All Rights Reserved/Without Recourse

 **The Joint Commission**          EXHIBIT A

Thursday, June 27, 2019

Randall Due #96294020
FCI Greenville
PO Box 5000
Greenville, IL 62246

Regarding: FCI Greenville
Incident #43270HXO-73393XHS

Dear Mr. Due #96294020:

We are writing in response to the concerns you shared with The Joint Commission regarding FCI Greenville.

We have reviewed our records and determined that is not currently accredited by The Joint Commission. Therefore, we have no authority to evaluate the information you reported.

Thank you for bringing your concerns to our attention. We encourage you to contact the organization directly for resolution. You may also want to contact the State Department of Health to see if they can address your concern(s).

Please include the incident number indicated at the top of this letter on any future correspondence regarding this matter.

Sincerely,

Office of Quality and Patient Safety

www.jointcommission.org          **Headquarters**
                                  One Renaissance Boulevard
                                  Oakbrook Terrace, IL 60181
                                  630 792 5000 Voice

Illinois State )
                )ss
County of Bond  )

To: THE JOINT COMMISSION
    ONE RENAISSANCE BOULEVARD
    OAKBROOK TERRACE, IL  60181

Reply to: Randall Due
          c/o RADNALL DUE #96294020                    -Affidavit complaint-
 Temp. c/o FCI-Greenville
Loc.      P.O. Box 5000
          Greenville, IL  62246

## -CERTIFICATION-

i, man, Randall of the Clan "Due" beneficiary of the Entity: RANDALL DUE #96294020
creftify under my own commercial liability that the following is true, correct,
materially complete and not misleading to the best of my knowledge and belief.

## MATERIAL FACTS

1. Please enclosed find e-mail correspondence between myself and staff of FCI-Greenville
IL medical as well as a copy of earlier prescriptions given to me for my chronic
medical needs by a licensed medial Doctor(OKLAHOMA CITY FTC) and an earlier re-fill
made by medical at FCI-Gilmer whom were providing re-fills as perscribed by "Licensed"
doctors earlier.

2. As a ward of the BOP they are required by Law to provide "ALL" medical care to me
without cost, which in the case of the Milk of Magnesia has been provided to me at all
other BOP facilities previously.

3. Upon transfer to the FCI-Greenville, IL facility medical staff, whom I believe
are "NOT" licensed to pratice medicine have decided to deny me of my chronic needs
for Milk of magnesia that have earlier been prescribed by several licensed doctors.
Medical staff Ms Pence and F. Ahmed have refused to re-fill my prescription as
prescribed by earlier licensed doctors and are being supported by Warden Werlich.

4. I have demanded that they produce their medical License to practice medicine
in the State of IL -and- they have refused to do so; and it is my belief that none
of them are licensed to pratice medicine in the State of ILL.
Therefore, I believe that not only are they denying me of my chronic medical needs by
conspiring to support each other in this conspiracy; but are in violation of
the laws concerning the practice of medicine in the State of IL.

5. As you may also see in the enclosed e-mail a reference to a  untimely "DEATH" that
has oocured here at FCI-Greenville that i believes requires outside investigation
because of failure of staff to faithfully discharge their duties/obligations to the
inmates of this instution.

6. Medical staff as stated above has told me that I must buy the Milk of Magnesia
off of the commissary if I want any more.    This is the alternative that I was given.
I do not presently have any funds to purchase said medication from commissary, but
have managed to obtain it from some other inmates during this denial by staff of
this facility.

OVER

REMEDY/RELIEF

I request that you do an investigation into whether or not Ms Pence, F. Ahmed and warden Werlich are licensed to practice medicine in the State of IL and to report said information to me.

I request that you SHOW CAUSE how that these parties can Lawfully deprive me of medication that has repeatedly been prescribed for me by licensed doctors for several years to provide for relief of my Chronic medical needs; and has worked very well.

Should you determine and/or cannot provide verified documentation that said staff is licensed to practice medicine in the State of IL, I then request that you take the appropriate criminal action against said parties; and I am willing to be a witness against said parties.

NOTICE

It is not my intent to cause harm, harrass or interfer with the smooth operation of said BOP facility, but to merely obtain the Chronic Medical care that has been provided up to this time.
But it appears that I must serve this Affidavit upon you in order to obtain Remedy, and/or set the stage for a lawsuit if that is what is required.

Respectfully Submitted
By: i, man, Randall of the Clan "Due", beneficiary for/of the Entity:
RANDALL DUE #96294020

Seal: Right thumb Print

All Rights Reserved/Without Recourse

Date: 12ᵗᵈ June 2019
      Affirmed

10/10/2019

eLicense Online

Find us at:

*Illinois Department of Financial & Professional Regulation*
*100 West Randolph, 9th Floor*

| | Name | License Status | Credential | City/State | Original Issue Date | | Current Expiration Date | Ever Disciplined | DBA |
|---|---|---|---|---|---|---|---|---|---|
| Detail | FAISAL AHMED | NOT RENEWED | 049132213 | CHICAGO, IL | 08/16/2000 | Pharmacy Technician | 03/31/2004 | N | |
| Detail | Faisal Vakil Ahmed MD | NOT RENEWED | 036103884 | PEORIA, IL | 12/07/2000 | Licensed Physician and Surgeon | 07/31/2011 | N | |
| Detail | Faisal Vakil Ahmed MD | EXPIRED | 125031653 | Peoria, IL | 06/02/1994<br>Temporary License Date Explanation<br>(http://www.idfpr.com/Licenselookup/TempLicDates.asp) | Temporary Medical Permit | 06/30/1997 | N | |
| Detail | Faisal Vakil Ahmed MD | NOT RENEWED | 33••••••52 | Menard, IL | 02/22/2002 | Licensed Physician Controlled Substance (Schedules II, III, IV, V) | 07/31/2005 | N | |
| Detail | Faisal Vakil Ahmed MD | NOT RENEWED | 33••••••87 | East Saint Louis, IL | 01/18/2005 | Licensed Physician Controlled Substance | 07/31/2005 | N | |
| Detail | Faisal Vakil Ahmed MD | NOT RENEWED | 33••••••67 | PEORIA, IL | 05/08/2006 | Licensed Physician Controlled Substance | 07/31/2011 | N | |
| Detail | FAISAL AHMED MD | NOT RENEWED | 036123125 | BLOOMINGTON, IL | 04/08/2009 | Licensed Physician and Surgeon | 07/31/2017 | N | |
| Detail | FAISAL AHMED MD | NOT RENEWED | 33••••••13 | Normal, IL | 04/21/2009 | Licensed Physician Controlled Substance (Schedules II, III, IV, V) | 07/31/2017 | N | |
| Detail | FAISAL S AHMED | NOT RENEWED | 065042817 | BLOOMINGTON, MN | 12/23/2013 | | 09/30/2018 | N | |

"DOCTOR" FASIL VAKIL AHMED HAS NOT RENEWED HIS MEDICAL LICENSES SINCE HIS INITIAL TEMPORARY PERMIT IN 1997. MEANING THAT CURRENTLY "DOCTOR" AHMED  IS NOT LICENSED TO PRACTICE MEDICINE, DISTRIBUTE PILLS, NOR MAKE ANY SURGICAL DETERMINATIONS, OR, FOR THOSE WITH DHO CHARGES, ANY CONTROLLED SUBSTANCES EVALUATIONS.

2B

EXHIBIT " E"

FCI/FPC Greenville

100 US Rt. 40

Greenville, IL 62246

### AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

The following records were released to the inmate per written request. **Upon release of the requested medical information, we can no longer guarantee confidentiality. If you have copies of your medical file in your unit, we can no longer secure its confidentiality**. As you know, your property is subject to search by any correctional staff at any time.

Complete Medical Record From: _____ To: _____

SF600 Progress Notes From: _____ To: _____

Laboratory: _____

Radiology: _____

Consultation Dates: _6/1/2021 - Gastro., 7/23/2021 CT Scan_____

Other: _UR Notification of disapproved consult (10/12/21)_____
_2/28/22 clinical encounter._____

_____

Items Withheld: _____ ** NO HIV INFORMATION GIVEN** _____

Total Pages/ Copies Released: _____10 pgs._____

By signing below, I acknowledge understanding that once my medical records are released to me, the Health Services Department cannot guarantee the confidentiality of the released information.

Inmate Signature: _Dave Randell_____

Inmate Name: _Due, Randall_____  Reg. Number: _96294 - 020_____

Witness Signature: _J. Jackson_____

Date: _3/10/2022_____

# Bureau of Prisons
# Health Services
# Consultation Request

| | | |
|---|---|---|
| **Inmate Name:** DUE, RANDALL | Reg #: 96294-020 | Complex: GRE |
| Date of Birth: 05/26/1951 | Sex: M | |

**Consultation/Procedure Requested:**    General Surgery

**Subtype:**    Hernia, Surgery

**Reason for Request:**

Inmate with large, left inguinal hernia confirmed by CT. General surgery consult on 6/1/21 reviewed surgical vs non-surgical management. Inmate wishes to proceed with surgery due to large size and intermittent pain to the area.

The consultation request submitted by Schneider, K. PA-C on 09/30/2021 for General Surgery, Hernia, Surgery was Disapproved on 10/12/2021.

**Comments:**

EXHIBIT "E"



# U.S. Department of Justice
### Federal Bureau of Prisons

*North Central Regional Office*

EXHIBIT "G"

---

*Office of Regional Counsel*

400 State Avenue
Tower II, Suite 800
*Kansas City, KS   66101*

September 30, 2021

Randall DUE
Reg. No. 96294-020
FCI Greenville
P.O. Box 5000
Greenville, IL, 62246

Re:    Claim Number TRT-NCR-2021-04384
       Amount Claimed: $ 500,000.00

       CERTIFIED RECEIPT      7008 3230 0003 2655 6671

Dear Claimant:

Your above referenced tort claim has been considered for administrative review pursuant to 28 CFR § 0.172,   Authority: Federal Tort Claims and 28 CFR Part 14, Administrative Claims Under Federal Tort Claims Act.   Investigation of your claim did not reveal that you suffered any personal injury as a result of the negligent acts or omissions of Bureau of Prisons employees acting within the scope of their employment.

As a result of this investigation, your claim is denied.   This memorandum serves as a notification of final denial under 28 CFR § 14.9, Final Denial of Claim. If you are dissatisfied with our agency's action, you may file suit in an appropriate U.S. District Court no later than 6 months after the date of mailing of this notification.

Sincerely,

Richard M. Winter
Regional Counsel

EXHIBIT H-1

DOCUMENTATION OF INFORMAL RESOLUTION ATTEMPT

Due, Randall                    Federal Correctional Complex
Reg. No. 96294-020              Beaumont, Texas
Unit: PB

This is in response to your Inmate Request to Staff received on February 23, 2016, in which you state you have a very large hernia that causes you daily pain and suffering. You also state, you were seen by doctor at the hospital in Texarkana, who stated the hernia needs to be repaired. For relief, you would like the hernia repaired immediately.

Medical care at FCC Beaumont is provided by League Medical Concepts (LMC), a subsidiary of Correct Care Solutions, under a comprehensive managed care contract. A review of your medical record was completed. On June 3, 2015, while at TEX, you were seen by a general surgeon who noted a giant left inguinal hernia that does not reduce and recommended surgery. On November 5, 2016 you arrived at FCC Beaumont Medium. On December 8, 2015, you were seen in SHU to evaluate your paralysis, at the same time your hernia was examined, while sitting in a wheelchair, and was noted as able to reduce. Due to the conflict, you have been scheduled with the physician for an evaluation of your inguinal hernia.

I trust this response adequately addresses your concerns.

_____                    2/24/16
Z. Argo Health                             _____
Services Administrator                     Date

EXHIBIT H-2

\*\*Sensitive But Unclassified\*\*

UTILIZATION REVIEW COMMITTEE
RESPONSE TO CONSULTATION REQUEST

NAME: Due, Randall

REGISTER NUMBER: 96294-020

HOUSING UNIT: 202-001

DATE SUBMITTED: 4|16|15

This correspondence is to notify you that a medical consultation
request for _hernia repair_.
Reviewed by the Utilization Review Committee on _4|16|17_.

This consultation request was:

Approved / Deferred / Denied ( Referred to Region )

**Approved**- You will be scheduled for a specialty consultation in the
near future.  Please watch the call-out.

**Deferred**- You will be monitored in-house by a Health Care provider.
Please watch the call-out for an appointment.

**Denied**- The consultation is not medically necessary at this time.  You
will continue to be evaluated by a Health Care provider.

**Referred**- To Regional Office for further review.

Should you have medical questions or concerns, you are encouraged to
attend Triage which is available Monday thru Friday (except Wednesday)
from 6:30 am to 7:00 am in the Health Services Department.

Dr. R. Wiltse
Clinical Director
FCI/FCP Texarkana

EXHIBIT H-3

# Bureau of Prisons
## Health Services
### Consultation Request

| | | |
|---|---|---|
| Inmate Name:  DUE, RANDALL DAVID | Reg #:  96294-020 | Complex: TEX |
| Date of Birth:       05/26/1951 | Sex:      M | |

**Consultation/Procedure Requested:**    General Surgery

**Subtype:**    Hernia Repair

**Priority:**

**Target Date:**

**Reason for Request:**
63 y/o old paraplegic white male with a 14 cm diameter mass in scrotum due to inguinal hernia. Hernia onset more than 5 years ago and progressing with frequent pain. Patient also complains of frequent constipation.

**Provisional Diagnosis:**
Inguinal Hernia

**Medications (As of 06/02/2015)**

**Allergies (As of 06/02/2015)**
No Known Allergies

**Health Problems (As of 06/02/2015)**
Constipation, unspecified, Acute periodontitis, Hernia, inguinal , w/o obstruction or gangrene, Paraplegia

**Inmate Requires Translator:**  No          **Language:**

**Additional Records Required:**

**Comments:**

**Requested By:**    Ngwang, Roland MD/MPH

**Ordered Date:**    03/11/2015 09:00

**Level of Care:**    Medically Acceptable-Not Always Necessary

> has giant (L) inguinal hernia that does not reduce —

Dup: LI/H - scrotal -

Rec - LI/H repair

C. OGDEN, RN
FCI - TEXARKANA

* was not in BEMR

REVIEWED
JUN 0 3 2015
By: R. Wiltse, MD

6/3/15
R. Schmidt, MD
FCI Texarkana, TX

Generated                                   Bureau of Prisons - TEX

**USA DUE 000235**

BP-A362.060 **INMATE INJURY ASSESSMENT AND FOLLOWUP (Medical)** CDFRM
SEP 05
**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| 1. Institution FCI-TEX | 2. Name of Injured Due, Randall | 3. Register Number 96294-020 |
|---|---|---|
| 4. Injured's Duty Assignment Unasso | 5. Housing Assignment Z02-016LDS | 6. Date and Time of Injury 5-18-15 / 09:15 |

| 7. Where did Injury Happen (Be specific as to location) At the door going out to Rec. in SHU | Work Related? ☐ Yes ☒ No | 8. Date & Time Reported for Treatment 5-18-15 / 09:20 |
|---|---|---|

9. Subjective, A) Cause of Injury (Inmate's Statement of how injury occurred):
"The officer pushing me in my wheelchair tried to push me out the door forward instead of backing me out. That dumped me out onto the floor" "I was falsly Imprisoned so I am going

B) Symptoms (as reported by inmate):
Right knee and elbow scrape.    "I was falsly Imprisoned so I am going to get What I can"

A. Jackson RN    refused to sign

A. Jackson, RN
FCI Texarkana, TX                              Signature of Patient

10. Objective: (Observations or Findings from Examination)    X-Rays Taken _____    Not Indicated _____

X-Ray Results

SEE BEMR

11. Assessment: (Analysis of Facts Based on Subjective and Objective Data)

See BEMR

12. Plan: (Diagnostic Procedures with Result, Treatment and Recommended Follow-up)

See BEMR

a. No Medical Attention (Check applicable)

☒ a. No Medical Attention

☐ b. Minor First Aid

☐ c. Hospitalization

☐ d. Other (Explain)    SEE BEMR

☐ e. Pain assessment: (Optional)

Mild        Moderate        Severe
1--2--3--4--5--6---7--8--9--10

Signature of Physician or Physician Assistant
T. Bishop, RN
FCI Texarkana, TX

INSTRUCTIONS: All items outside heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.
DISTRIBUTE:    ORIGINAL- Medical File; COPY-1- Safety; COPY-2- Supervisor; COPY-3- Correctional Supervisor
(This form may be replicated via WP)                    Replaces BP-S362.060 of FEB 05

**Medical File**



**USA DUE 000236** USP LVN

<u>EXHIBIT W</u>

Illinois State    )
                  )ss
Bond County       )

<u>Affidavit of Material Facts</u>

<u>CERTIFICATION</u>

Parties certify under the penalty of perjury that the following is true, correct, materially complete and not misleading to the best of their knowledge and belief.

  Upon entry into FCI-Greenville, IL Bureau of Prisons (BOP) facility the following "witnesses"/parties were denied/deprived re-fills of their <u>Medical prescriptions</u> that had been prescribed by 'licensed' doctors from the previous facilities that they had been transfered from.

This denial/deprivation was committed by FASIL AHMED and other staff  of FCI-Greenville.

Witness name                              --                  Date

Mark Wright  O58(6(6-O1O                              3-26-2020

Name of prior facility: FCI Pekin

Name of prescription denied: RIMRONE 30mg 1ce daily -- (physc/pain med) had been on several years w/n BOP

Witness name                              --                  Date

Michael Reynolds  '10671023                          3-26-2020

Name of prior facility; FCI Hazelton

Name of prescription denied: Lithium, Naproxen

Witness name                              --                  Date

Nathan L. Walker Sr   33286-044          3-31-2020

Name of prior facility: Fayette County Jail ILL.

Name of prescription denied: Sleep aid 3 orthopedic shoes

Witness name                              --                  Date

David K. Fitch               34775-048          3-31-2020

Name of prior facility: Tucson FCI

Name of ~~prescription~~ treatment denied: skin cancer; neck surgery; colonoscopy; endoscopy for Barrett's esophagus; urolift procedure for urethral obstruction and foot surgery

Illnois State )
)ss                         EXHIBIT W
Bond County )
                          CERTIFICATION

RANDALL DAVID DUE #96294-020 certifies under penalty of perjury that the following
is true, correct, materially complete and not misleading to the best of his
knowledge and belief.

WITNESS CERTIFICATION

I certify that I witnessed the signature of each witness to be the witness giving
written testimony as to FASIL AHMED's 'Deliberate indifference' of denying/depriving
them of re-fill of prescriptions approved for them by Doctors from other facilities
where they had been transferred from to FCI-Greenville, IL BOP facility.

Thereby violating his "Duty of Care' to protect their Safety, Health and Welfare.

Said witnesses' written testimony supports petitioner's claim of FASIL AHMED's
'Deliberate indifference' to our Medical needs and to his violation of his Duty of
Care owed to us per the law.

NOTE: Because of the lockdown caused by the coronovirus petitioner has been unable
to get the many other witness testimonies that stated that FASIL AHMED had also
denied/deprived them of their prescription re-fills from priscriptions approved
from the other facilities that they were transfered from.

Date: 14TH April 2020                    Respectfully

(seal) By: _____
                 Due, Randall David
                 Authorized Representative/Agent
                 All Rights Reserved/Without Recourse

EXHIBIT Z-1

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** GRE--GREENVILLE FCI | **Begin Date:** 01/01/2015 | **End Date:** 01/01/2016 |
| **Inmate:** DUE, RANDALL DAVID | **Reg #:** 96294-020 | **Quarter:** C05-106LH |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

Allergies:                         Denied

## Active Prescriptions

Amoxicillin 500 MG Cap

Take one capsule by mouth three times daily for 10 days ***It is IMPORTANT to finish ALL of this medication***

**Rx#:** 124213-TEX       **Doctor:** Downing, B. DDS

**Start:** 03/05/15       **Exp:** 03/15/15                    **Pharmacy Dispensings:** 30 CAP in 1800 days


Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)

Take 20ml by mouth twice daily

**Rx#:** 124385-TEX       **Doctor:** Ngwang, Roland MD/MPH

**Start:** 03/11/15       **Exp:** 04/10/15                    **Pharmacy Dispensings:** 355 ml in 1794 days


Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)

Take 20ml by mouth twice daily

**Rx#:** 336184-POX       **Doctor:** Miller, Sharon NP

**Start:** 11/05/15       **Exp:** 12/05/15                    **Pharmacy Dispensings:** 0 ml in 1555 days


Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)

Take 20ml by mouth twice daily

**Rx#:** 341767-POX       **Doctor:** Miller, Sharon NP

**Start:** 12/08/15       **Exp:** 01/07/16                    **Pharmacy Dispensings:** 830 ml in 1522 days

USA DUE 000207

EXHIBIT Z-2

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** GRE--GREENVILLE FCI | **Begin Date:** 01/01/2017 | **End Date:** 01/01/2018 |
| **Inmate:** DUE, RANDALL DAVID | **Reg #:** 96294-020 | **Quarter:** C05-106LH |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                          Denied

## Active Prescriptions

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED
**Rx#:** 174275-GIL    **Doctor:** Anderson, Eddie DO
**Start:** 11/09/17    **Exp:** 05/08/18                    **Pharmacy Dispensings:** 6035 ml in 820 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 20 ml by mouth twice daily
**Rx#:** 420434-POX    **Doctor:** Simmons, H. FNP
**Start:** 11/30/16    **Exp:** 05/29/17    **D/C:** 05/26/17    **Pharmacy Dispensings:** 5680 ml in 1164 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 20 ml by mouth twice daily
**Rx#:** 455432-POX    **Doctor:** Simmons, H. FNP
**Start:** 05/26/17    **Exp:** 11/22/17    **D/C:** 08/15/17    **Pharmacy Dispensings:** 1065 ml in 987 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
take 30 ml by mouth daily AS NEEDED for constipation
**Rx#:** 472050-POX    **Doctor:** Simmons, H. FNP
**Start:** 08/15/17    **Exp:** 02/11/18    **D/C:** 09/08/17    **Pharmacy Dispensings:** 355 ml in 906 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
take 30 ml by mouth daily AS NEEDED for constipation
**Rx#:** 655531-OKL    **Doctor:** Petry, G. MD/CD
**Start:** 09/08/17    **Exp:** 11/07/17    **D/C:** 09/14/17    **Pharmacy Dispensings:** 0 ml in 882 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
take 30 ml by mouth daily AS NEEDED for constipation
**Rx#:** 656325-OKL    **Doctor:** Petry, G. MD/CD
**Start:** 09/14/17    **Exp:** 11/13/17    **D/C:** 10/31/17    **Pharmacy Dispensings:** 1435 ml in 876 days

USA DUE 000386

EXHIBIT Z-3

| Inmate Name: | DUE, RANDALL DAVID | | | Reg #: | 96294-020 |
| Date of Birth: | 05/26/1951 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/31/2017 17:26 | Provider: | Strawser, Bridgette RN | Facility: | GIL |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 656325-OKL | Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml) | 10/31/2017 17:26 | take 30 ml by mouth daily AS NEEDED for constipation PRN x 60 day(s) |

**Start Now:** Yes
**Night Stock Rx#:**
**Source:** In-transit meds
**Admin Method:** Self Administration
**Stop Date:** 12/30/2017 17:25
**MAR Label:** take 30 ml by mouth daily AS NEEDED for constipation PRN x 60 day(s)
**One Time Dose Given:** No

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 656325-OKL | Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml) | take 30 ml by mouth daily AS NEEDED for constipation |
| | | OTC | | No known OTCs | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| PPD Reading | 11/02/2017 00:00 | Nurse |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes      **By:** Anderson, Eddie DO
**Telephone or Verbal order read back and verified.**

Completed by Strawser, Bridgette RN on 10/31/2017 17:46
Requested to be cosigned by Anderson, Eddie DO.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DUE, RANDALL DAVID | | | Reg #: | 96294-020 |
| Date of Birth: | 05/26/1951 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/31/2017 17:26 | Provider: | Strawser, Bridgette RN | Facility: | GIL |

**Cosigned with New Encounter Note by Anderson, Eddie DO on 11/01/2017 08:42.**

USA DUE 000366

EXHIBIT Z-4

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| Inmate Name: | DUE, RANDALL DAVID | | | Reg #: | 96294-020 |
|---|---|---|---|---|---|
| Date of Birth: | 05/26/1951 | Sex: | M    Race: WHITE | Facility: | GIL |
| Note Date: | 11/01/2017 08:42 | Provider: | Anderson, Eddie DO | Unit: | C01 |

Cosign Note - Intake Cosign encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        Provider:  Anderson, Eddie DO
   Intake.


**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | *Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)* | *11/01/2017 08:42* | *take 30 ml by mouth daily AS NEEDED for constipation PRN x 60 day(s)* |

**Discontinue Type:**    *When Pharmacy Processes*
**Discontinue Reason:** *Referred to Commissary*
**Indication:**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Discontinue | Rx | Order | Magnesium Hydroxide Susp | take 30 ml by mouth daily AS NEEDED for constipation PRN x 60 day(s) |

**Discontinue Reason:**  Referred to Commissary
                OTC                No known OTCs

**Other:**
   OTC indigent program prn

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**  No


Completed by Anderson, Eddie DO on 11/01/2017 08:42

USA DUE.000333

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DUE, RANDALL DAVID | | | Reg #: | 96294-020 |
| Date of Birth: | 05/26/1951 | Sex: | M    Race: WHITE | Facility: | BMM |
| Note Date: | 09/07/2017 14:12 | Provider: | Yu, Lin RN | Unit: | Z02 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**        **Provider:** Yu, Lin RN
Inmate is going home tomorrow, but inmate's kop order is not in yet. Pulled one MOM 30 cc from pyxis.


**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Magnesium Hydroxide Susp | 09/07/2017 14:12 | 30ml Orally  one time x 1 day(s) |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:**  Yes      **By:**  Plessala, H. FNP
**Telephone or Verbal order read back and verified.**


Completed by Yu, Lin RN on 09/07/2017 14:17
Requested to be cosigned by  Plessala, H. FNP.
Cosign documentation will be displayed on the following page.

USA DUE 000334

EXHIBIT Z-5

| | | |
|---|---|---|
| Inmate Name:   DUE, RANDALL DAVID | | Reg #:   96294-020 |
| Date of Birth:   05/26/1951 | Sex:    M    Race:   WHITE | Facility:   GIL |
| Encounter Date: 11/08/2017 08:15 | Provider:   Anderson, Eddie DO | Unit:    C01 |

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Magnesium Hydroxide Susp | 11/08/2017 08:15 | 40 mL Orally  -  daily PRN x 180 day(s) |

**Indication:** Hernia, inguinal , w/o obstruction or gangrene, Constipation, unspecified

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| MLP Chronic Care Follow up GI p 11/8/2017 | 04/22/2018 00:00 | MLP 03 |
| Chronic Care Visit GI p 11/8/2017 | 10/08/2018 00:00 | Physician 02 |

**Disposition:**

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

**Other:**

Peculiar situation/history, appears he's reluctant to attempt any ambulation or further evaluation, ideally wouldn't be CCC but I'm not optimistic his status will improve further without chronic Rx unless his behavior changes (attempts to ambulate, etc); chart reviewed, appears he's not likely paraplegic but delusional instead; possible secondary gain motivations;

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/08/2017 | Counseling | Access to Care | Anderson, Eddie | Verbalizes Understanding |
| 11/08/2017 | Counseling | Compliance - Treatment | Anderson, Eddie | Verbalizes Understanding |
| 11/08/2017 | Counseling | Diagnosis | Anderson, Eddie | Verbalizes Understanding |
| 11/08/2017 | Counseling | Diet | Anderson, Eddie | Verbalizes Understanding |
| 11/08/2017 | Counseling | Equip/Device Instructions | Anderson, Eddie | Needs Reinforcement |
| 11/08/2017 | Counseling | Exercise | Anderson, Eddie | Needs Reinforcement |
| 11/08/2017 | Counseling | Medication Side Effects | Anderson, Eddie | Verbalizes Understanding |
| 11/08/2017 | Counseling | Plan of Care | Anderson, Eddie | Verbalizes Understanding |
| 11/08/2017 | Counseling | Treatment Goals | Anderson, Eddie | Verbalizes Understanding |

| | | | |
|---|---|---|---|
| Inmate Name:  DUE, RANDALL DAVID | | Reg #: | 96294-020 |
| Date of Birth:   05/26/1951 | Sex:      M    Race:  WHITE | Facility: | GIL |
| Encounter Date: 11/08/2017 08:15 | Provider:  Anderson, Eddie DO | Unit: | C01 |

**Copay Required:** No                  **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Anderson, Eddie DO on 11/09/2017 07:31

EXHIBIT Z-6

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| **Complex:** GRE--GREENVILLE FCI | **Begin Date:** 01/01/2018 | **End Date:** 01/01/2019 |
| **Inmate:** DUE, RANDALL DAVID | **Reg #:** 96294-020 | **Quarter:** C05-106LH |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**             Denied

## Active Prescriptions

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED
**Rx#:** 174275-GIL      **Doctor:** Anderson, Eddie DO
**Start:** 11/09/17      **Exp:** 05/08/18              **Pharmacy Dispensings:** 6035 ml in 820 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED
**Rx#:** 181598-GIL      **Doctor:** Anderson, Eddie DO
**Start:** 05/15/18      **Exp:** 11/11/18      **D/C:** 10/30/18      **Pharmacy Dispensings:** 5182 ml in 633 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED
**Rx#:** 188587-GIL      **Doctor:** Plaud, Ricardo MD
**Start:** 10/30/18      **Exp:** 04/28/19      **D/C:** 11/19/18      **Pharmacy Dispensings:** 0 ml in 465 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED
**Rx#:** 189353-GIL      **Doctor:** Wilson, Alicia PA-C
**Start:** 11/19/18      **Exp:** 05/18/19      **D/C:** 03/27/19      **Pharmacy Dispensings:** 4260 ml in 445 days

USA DUE 000434

EXHIBIT Z-7

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | DUE, RANDALL DAVID | | Reg #: | 96294-020 |
| Date of Birth: | 05/26/1951 | Sex:    M    Race: WHITE | Facility: | GIL |
| Note Date: | 11/19/2018 12:29 | Provider:    Wilson, Alicia PA-C | Unit: | C01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**        **Provider:** Wilson, Alicia PA-C
> MOM renewal. Was not renewed at CC last month.

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 188587-GIL | Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml) | 11/19/2018 12:29 | Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED PRN x 180 day(s) |

> **Indication:** Hernia, inguinal , w/o obstruction or gangrene, Constipation, unspecified

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| 188587-GIL | Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml) | 04/28/2019 | Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED |

**Other Active IVs:**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

**Other Active OTCs:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

**Allergies**
No Known Allergies

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Wilson, Alicia PA-C on 11/19/2018 12:30

USA DUE 000411

EXHIBIT Z-8

# Bureau of Prisons
## Health Services
## Medication Summary
### Historical

| | | |
|---|---|---|
| **Complex:** GRE--GREENVILLE FCI | **Begin Date:** 01/01/2019 | **End Date:** 01/01/2020 |
| **Inmate:** DUE, RANDALL DAVID | **Reg #:** 96294-020 | **Quarter:** C05-106LH |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                        Denied

## Active Prescriptions

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED

**Rx#:** 152081-GRE     **Doctor:** Ahmed, F. MD/CD

**Start:** 04/23/19     **Exp:** 06/22/19     **D/C:** 04/23/19     **Pharmacy Dispensings:** 0 ml in 290 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED

**Rx#:** 152082-GRE     **Doctor:** Ahmed, F. MD/CD

**Start:** 04/16/19     **Exp:** 04/30/19     **D/C:** 04/24/19     **Pharmacy Dispensings:** 0 ml in 297 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED

**Rx#:** 189353-GIL     **Doctor:** Wilson, Alicia PA-C

**Start:** 11/19/18     **Exp:** 05/18/19     **D/C:** 03/27/19     **Pharmacy Dispensings:** 4260 ml in 445 days

Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml)
Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED

**Rx#:** 791059-OKL     **Doctor:** Petry, G. MD/CD

**Start:** 03/28/19     **Exp:** 05/27/19     **D/C:** 04/16/19     **Pharmacy Dispensings:** 1070 ml in 316 days

USA DUE 000464

EXHIBIT 2-9

| Inmate Name: | DUE, RANDALL DAVID | | | Reg #: | 96294-020 |
|---|---|---|---|---|---|
| Date of Birth: | 05/26/1951 | Sex: | M | Race: | WHITE |
| Encounter Date: | 04/16/2019 15:54 | Provider: | Ulmer, Betty RN | Facility: | GRE |

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 791059-OKL | Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml) | 04/16/2019 15:54 | Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED PRN x 14 day(s) -- inmate has medication with him |
| 791059-OKL | Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml) | 04/16/2019 15:54 | Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED PRN x 60 day(s) |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 791059-OKL | Milk of Magnesia 400 MG/5ML Susp(OTC) (355ml) | Take 40 ml (2 & 2/3 tablespoonsful) each day AS NEEDED |
| | | OTC | | No known OTCs | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| 14 Day Dr Eval | 04/16/2019 00:00 | Physician 01 |

*takes MOM*

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes    **By:** Ahmed, F. MD/CD
**Telephone or Verbal order read back and verified.**

Completed by Ulmer, Betty RN on 04/16/2019 16:02
Requested to be cosigned by Ahmed, F. MD/CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by Schneider, K. PA-C.
Review documentation will be displayed on the following page.

USA DUE 000451



CERTIFIED MAIL



7020 1290 0000 3457 0815

R. DUE #96294020
federal correctional institute
P.O. Box 5000
GREENVILLE, IL 62246





UNITED STATES
POSTAL SERVICE

1000

62201

U.S. POSTAGE PAID
FCM LG ENV
GREENVILLE, IL
62246
MAR 28, 22
AMOUNT

**$0.00**

R2305K134459-07



MAIL CLEARED
US MARSHALS

LEGAL MAIL

Clerk of Court
750 Missouri Avenue
East St. Louis, IL  62201

LEGAL MAIL



RECEIVED

MAR 3 0 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE